**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7493**

---

In Re: ROBERT LEE JOHNSON,

Petitioner,

---

On Petition for Writ of Mandamus.  (CA-97-513-5-8-JI)

---

Submitted:  November 30, 1998      Decided:  December 21, 1998

---

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Robert Lee Johnson, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Lee Johnson filed a petition for a writ of mandamus requesting that this court order the state sentencing court to vacate his conviction and order his immediate release from state custody. In this mandamus petition, Johnson fails to establish that he has a clear right to the relief sought and that no other remedy is adequate. <u>See</u> <u>In re First Fed. Sav. & Loan Ass'n</u>, 860 F.2d 135, 138 (4th Cir. 1988). We therefore grant Johnson in forma pauperis status and deny Johnson's petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2